# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>RAFAEL ALONZO<br><br>Defendant(s) | CRIMINAL NO. 08MJ208<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

JAN M. ADLER

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

MARICELA GARCIA-ACOSTA & minor son LFEG

DATED: 1/30/08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by P. DeLaCruz
Deputy Clerk