UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.08cr326-JLS (JMA) |
| Plaintiff, | |
| vs. | |
| Rafael ALONZO | ORDER |
| Defendant(s) | |

**It is hereby Ordered** that the personal surety bond of $5000.00 which secured the presence of material witness MARICELA GARCIA-ACOSTA, be exonerated forthwith.

/////

/////

/////

/////

1
2  **It Is Further Ordered** that the Clerk of Court shall release and disburse the $500 held in the Registry of the Court to the Surety:

3
4               Janet Juarez
                5110 Cedar Ave.
5               Long Beach, CA 90805

6
7  Dated: __4/2/08__                    _____
                                        UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28