KAREN P. HEWITT
United States Attorney
PETER J. MAZZA
Assistant U.S. Attorney
California State Bar No. 239918
United States Courthouse
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6157

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-0326-JLS |
| Plaintiff, | DATE: July 15, 2008 |
| | TIME: 2:00 p.m. |
| v. | |
| RAFAEL ALONZO, | **NOTICE OF MOTION AND MOTION TO FORFEIT BAIL** |
| Defendant. | |

TO: W. SAMUEL HAMRICK, JR., CLERK OF THE COURT, AGENT FOR THE OBLIGORS; THE MATERIAL WITNESS, MARIA HURTADO-ZABALETA, HER ATTORNEY, REZA KERAMATI, AND THE SURETY, JESUS C. AGUILAR

PLEASE TAKE NOTICE that pursuant to Rule 46(f)(1), Federal Rules of Criminal Procedure, and 18 U.S.C. §§ 3142, 3144, plaintiff, United States of America, will bring a motion to forfeit bail on for hearing before this court in the courtroom of the Honorable Louisa S. Porter, United States Magistrate Judge, United States Courthouse, 940 Front Street, San Diego, California, on July 15, 2008 at 2:00 p.m. or as soon thereafter as counsel can be heard.

The United States moves this Court to forfeit the bond of the above-named material witness and surety, in the sum of $5,000 pursuant to the terms of the above-named material witness's bond conditions, a copy of which is attached hereto as Exhibit 1.

//
//
//
//

1  The aforesaid bond was executed by material witness MARIA HURTADO-ZABALETA and surety JESUS C. AGUILAR, on or about February 7, 2008, in the sum of $5,000, conditioned upon the material witness's appearance as set forth in said bond. The material witness, MARIA HURTADO-ZABALETA, was released on the bond on February 7, 2008. The material witness, MARIA HURTADO-ZABALETA, failed to surrender to immigration authorities as ordered.

The United States also requests the Court to issue a no bail bench warrant for the arrest of the material witness, MARIA HURTADO-ZABALETA.

This motion is based upon the pleadings, records, and proceedings in this cause, together with these motion papers.

DATED: June 26, 2008.

> Respectfully submitted,
> Karen P. Hewitt
> United States Attorney
>
> s/*Peter J. Mazza*
> Peter J. Mazza
> Assistant United States Attorney
> Attorneys for Plaintiff,
> United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                        )<br>                    Plaintiff,           )<br>                                                        )<br>          v.                                          )<br>                                                        )<br> RAFAEL ALONZO,                      )<br>                                                        )<br>                    Defendant.      )<br> _____) | Case No. 08-CR-0326-DMS<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Peter J. Mazza, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Motion and Motion to Forfeit Bail** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.** Oliver P. Cleary opcleary@pacbell.net

**2.** Reza Keramati rabrera@emlslaw.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**1. Maria Hurtado-Zabaleta**
**1209 Bunn Avenue**
**Wilmington, CA 90744**
**2. Jesus C. Aguilar**
**1209 Bunn Avenue**
**Wilmington, CA 90744**

The last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2008.

                                                s/ ***Peter J. Mazza***
                                                Peter J. Mazza