## APPEARANCE BOND FOR A MATERIAL WITNESS

FILED
2008 FEB -7 PM 5:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

AUSA Approval: _____

| United States District Court | Southern District of California |
|---|---|
| United States of America v. Rafael Alonzo | Crim. Case No. _____ |
| | Magis. Case No. 08MJ0208 (JMA) |

We, **JESUS C. AGUILAR** (name of surety) and **Maria Victoria Hurtado Zabaleta** (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $ **5,000** and there has been deposited in the Registry of the Court the sum of $ **500** in cash. This bond is conditioned upon and posted to secure the appearance of material witness **Maria Victoria Hurtado Zabaleta** to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: X _____  Surety's Signature: _Jesus C Aguilar_

Surety's Home Address: **1209 BLINN AVE., WILMINGTON CA 90744**

Material Witness' U.S. Address: **SAME AS ABOVE**

Acknowledgment: The surety noted above signed this bond before me, **Reza Keramati** (print name of person witnessing surety's signature), on **1/28/08** (date), at **San Diego, CA** (city/state).

My address is: **110 West C St #1300, San Diego, CA 92101**

Signature Of Person Witnessing Surety's Signature: _____ Dated: **1/28/08**

Bond Approved: _____, United States Magistrate Judge or District Judge

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

[Revised 8/98]

## AFFIDAVIT BY THE OWNER OF THE CASH SECURITY FOR THIS BOND

I, __JESUS C. AGUILAR__ (print name of owner of cash), state that I reside at __1209 BLINN AVENUE, WILMINGTON, CA 90744__, and that I am the owner of the $ __500.00__ cash deposited in the Registry of the Court as security for this bond. That money is to be returned to me at the address noted here upon the exoneration of this bond.

I consent to subjecting those funds to the Local Court Rules of the United States District Court for the Southern District of California pertaining to bonds, and I consent, upon receiving notice of not less than ten days, to proceeding summarily to the rendering of a judgment against that cash security upon the breach of a condition under this bond or by the contumacy of the material witness.

Dated: __1-28-08__        x __Jesus C Aguilar__
                              Signature of the Owner of the Cash Security

## FINANCIAL JUSTIFICATION OF THE SURETY

I, __JESUS C. AGUILAR__ (print name of surety), state under penalty of perjury under the laws of the United States of America, that I have a net worth of at least $ __5,000.00__, and that I reside at __1209 BLINN AVENUE, WILMINGTON, CA 90744__.

Dated: __1-28-08__        x __Jesus C Aguilar__
                              Signature of the Surety

## SURETY AGREEMENT

I understand by signing this bond I will be responsible for the material witness' appearance in court and for his or her compliance with any and all conditions of the release and orders as directed by the court. If the material witness does not appear in court as ordered or comply with the conditions of the release and any court orders, I will be required to pay the full amount of the bond, and any cash security I posted with the court may be taken by the United States Government to partially satisfy the obligation of this bond, and a judgment may be entered against me for the full amount of the bond.

Dated: __1-28-08__        x __Jesus C Aguilar__
                              Signature of the Surety

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

RECEIVED
FEB 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY BH $500 147370 DEPUTY

## MATERIAL WITNESS INFORMATION SHEET

**CASE INFORMATION**

Case Name: U.S. v. ALONZO
Case No. 08MJ0208 (JMA)
AUSA Name: CARLA BRESSLER
AUSA Telephone: (619) 557-6763
Case Agent: ENDOZO, BEYKE, NUNEZ, VALDIVA, CEPDA
Agency: U.S. CUSTOMS & BORDER PROTECTION

**INFORMATION ABOUT THE MATERIAL WITNESS**

Name: MARIA VICTORIA HURTADO-ZABALETA
A-Number: A94 966 852
Date of Birth: ___
Immigration Status: ___
Foreign Address: ___
Did The Material Witness Sign An I-826? ___
Relationship to Defendant: ___

**PERSON MATERIAL WITNESS WILL RESIDE WITH DURING PENDENCY OF THE CASE**

Name: JESUS C. AGUILAR
Relationship to Witness: FRIEND
Home Address: 1209 BUNN AVENUE, WILMINGTON, CA 90744
Business Address: ___
Home Telephone: (310) 830-1350; cell: (805) 760-4685
Business Telephone: ___

**RELATIVE OF THE MATERIAL WITNESS RESIDING IN THE U.S.**

Name: ___
Relationship to Witness: ___
Home Address: ___
Business Address: ___
Home Telephone: ___
Business Telephone: ___

**ATTORNEY FOR THE MATERIAL WITNESS**

Name: REZA KERAMATI
Tel: (619) 231-2529
Fax: (619) 231-2528
Address: 110 WEST C STREET, SUITE 1300, SAN DIEGO CA 92101

**INFORMATION ABOUT THE SURETY**

Name: JESUS C. AGUILAR
Relationship to Witness: FRIEND
Immigration Status: LEGAL RESIDENT
Relationship to Defendant: NONE
Home Address: 1209 BUNN AVENUE, WILMINGTON, CA 90744
Business Address: ___
Home Telephone: (310) 830-1350; cell: (805) 760-4685
Business Telephone: ___
Does The Surety Have An Immigration Record (if so, the charges): NONE
Does The Surety Have A Criminal Record (if so, the charges): NONE

---

FOR INS USE ONLY

1. MATERIAL WITNESS ☐     SURRENDERED ☐     FAILED TO APPEAR ☐
2. _____        _____
   Signature                  Date

K:\COMMON\CSA\forms\2005\matwit_info_sht.wpd






