


**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>RAFAEL ALONZO,<br>Defendant. | Case No. 08-CR-0326-JLS<br><br>**JUDGMENT ON DEFAULT [PROPOSED]** |

Material witness MARIA HURTADO-ZABALETA failed to surrender to immigration authorities following the disposition of the case. Therefore, the bond posted in the above-entitled matter on or about February 7, 2008, on behalf of the material witness, was forfeited on July 15, 2008. A motion for judgment on default was made by plaintiff, United States of America, by and through its attorneys, Karen P. Hewitt, United States Attorney, and Peter J. Mazza, Assistant United States Attorney, and after due notice of said motion having been served on all parties herein, including the surety, JESUS C. AGUILAR, and the clerk of the court as agent for the obligor on the bond.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the plaintiff, United States of America, does have and recovers from material witness MARIA HURTADO-ZABALETA, and the surety, JESUS C. AGUILAR, jointly and severally judgment in the sum of $5,000. This judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the sum of $500 in cash now on deposit in the registry of this court as part of the bond in this matter be paid to the clerk of the court; and that upon receipt of same by him, the sum of $500 shall be credited by the clerk of the court in partial satisfaction of the within judgment against material witness MARIA HURTADO-ZABALETA and the surety JESUS C. AGUILAR. The balance owing on the judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

SO ORDERED.

DATED: 8/28/08

Honorable Louisa S. Porter
United States Magistrate Judge

Proposed Order Submitted by:

s/ Peter J. Mazza
PETER J. MAZZA
Assistant U.S. Attorney